# United States Court of Appeals for the Federal Circuit

June 9, 2010

**ERRATA**

Appeal No. 2009-5078

**STRATEGIC HOUSING FINANCE CORPORATION
OF TRAVIS COUNTY,**
**v.**
**UNITED STATES,**

Decided:  June 7, 2010
Precedential Opinion

Please make the following change:

Page 7, line 18, change "higher" to --lower--.